**McGLINCHEY STAFFORD**
Brian A. Paino (SBN 251243)
Allison Chua (SBN 284680)
Hassan Elrakabawy (SBN 248146)
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone: (949) 381-5900
Facsimile: (949) 271-4040
Email: bpaino@mcglinchey.com
achua@mcglinchey.com
helrakabawy@mcglinchey.com

Attorneys for *Defendants* **SELECT PORTFOLIO SERVICING, INC. and NATIONAL DEFAULT SERVICING CORPORATION**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NANCY AMPARO CUEVA, an individual, REAL ESTATE SHORT SALES, INC., a Corporation Qualified in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC., a business of unknown form; and NATIONAL DEFAULT SERVICING CORPORATION, a business of unknown form and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: CV 15-2555-GW(FFMx)<br><br>Hon. District Judge George H. Wu<br>Hon. Mag. Judge Frederick F. Mumm<br><br>**JUDGMENT**<br><br>Superior Court Case No.: BC574479<br>Action Filed: March 9, 2015<br>Trial Date: August 9, 2016 |

This matter came before the Court on *Defendant* SELECT PORTFOLIO SERVICING, INC.'S ("SPS") *Motion for Summary Judgment or, in the Alternative, Summary Adjudication of Issues* (the "Motion"). Having reviewed the Motion, supporting evidence, and all related filings, and considered the arguments made by the parties, if any, and for the reasons discussed more fully in the Court's *Minutes of Defendant Select Portfolio Servicing, Inc.'s Motion for Summary Judgment or, in the Alternative, Summary Adjudication of Issues*,

///

**IT IS ORDERED** that summary judgment is hereby entered in favor of SPS and against *Plaintiff* REAL ESTATE SHORT SALES, INC.

**IT IS FURTHER ORDERED** that a judgment of dismissal is hereby entered in favor of SPS and *Co-Defendant* NATIONAL DEFAULT SERVICING CORPORATION and against *Plaintiff* NANCY AMPARO CUEVA for the reasons set forth in the Court's *Amended Minutes of Defendants Select Portfolio Servicing, Inc. and National Default Servicing Corporation's Motion for Judgment on the Pleadings*.

**IT IS SO ORDERED.**

Dated: June 21, 2016

HON. GEORGE H. WU
United States District Judge